27 A.3d 1210

IN THE MATTER OF PHILIP C. PROTHRO, AN ATTORNEY AT LAW (ATTORNEY NO. 025562004).

October 5, 2011.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 11–061, concluding that **PHILIP C. PROTHRO** of **JERSEY CITY**, who was admitted to the bar of this State in 2005, should be disciplined for violating *RPC* 8.1(a)(knowingly making a false statement of material fact to a disciplinary authority), and *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation);

And the Court having determined from its review of the matter that a censure is the appropriate quantum of discipline for respondent's unethical conduct;

And good cause appearing;

It is ORDERED that **PHILIP C. PROTHRO** is hereby censured; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State.